# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** March 3, 2022

**CASE OF:**     IN RE: AMENDMENTS TO THE FLORIDA RULES OF
JUVENILE PROCEDURE – 2021 FAST-TRACK
REPORT

**DOCKET NO.:** SC21-1681

**OPINION FILED:** February 3, 2022

### ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE
ABOVE OPINION:**

On page 10, "shall be" was changed to "is" in the second line of
Rule 8.217(d).

On page 15, line 20, inserted "(c) – (i)  [No change]" in bold lettering.

**SIGNED:  OPINION CLERK**